AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MONIQUE PARKER,

                Plaintiff,

v.

ALBERTSON'S LLC,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-00739-APG-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Plaintiff Monique Parker and against Defendant Albertson's LLC in the amount of $4,400.00.

7/2/2026
Date

DEBRA K. KEMPI
Clerk

/s/ ALF
Deputy Clerk